**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ROBERT SLIDER & SANDRA SLIDER          Case Number: 06-70659
845 PEACHTREE CT.                              SSN-xxx-xx-6182 & xxx-xx-2335
LAKE IN THE HILLS, IL  60156

Case filed on: 4/20/2006
Plan Confirmed on: 9/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 2,865.25 | 2,865.25 | 965.25 | 0.00 |
|  | Total Legal | 2,865.25 | 2,865.25 | 965.25 | 0.00 |
| 998 | ROBERT SLIDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT SLIDER | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,000.00 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 2,983.28 | 0.00 | 0.00 | 0.00 |
| 002 | HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 980.20 | 980.20 | 980.20 | 0.00 |
|  | Total Secured | 3,963.48 | 980.20 | 980.20 | 0.00 |
| 004 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK OF AMERICA NA | 14,843.91 | 14,843.91 | 2,946.79 | 0.00 |
| 006 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 11,296.06 | 11,296.06 | 2,242.47 | 0.00 |
| 009 | LVNV FUNDING LLC | 12,044.70 | 12,044.70 | 2,391.09 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 10,521.50 | 10,521.50 | 2,088.71 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,384.48 | 1,384.48 | 274.84 | 0.00 |
| 012 | MIDAS/GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FIN/22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS STUDENT ASSISTANCE COMM | 21,460.39 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 987.27 | 987.27 | 195.99 | 0.00 |
| 017 | LVNV FUNDING LLC | 1,047.99 | 1,047.99 | 208.04 | 0.00 |
|  | Total Unsecured | 73,586.30 | 52,125.91 | 10,347.93 | 0.00 |
|  | Grand Total: | 80,415.03 | 55,971.36 | 13,293.38 | 0.00 |

Total Paid Claimant:  $13,293.38
Trustee Allowance:    $706.62
Percent Paid Unsecured:  19.85

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan